IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

**UNITED STATES OF AMERICA**

vs. No. 4:09CR0256 JMM

**SEDERICK LAJUANE WEBB**

## ORDER

Pending is the motion of the government to dismiss the indictment. (Docket #2). For good cause shown, the motion is GRANTED. The Indictment is hereby dismissed without prejudice.

IT IS SO ORDERED this 8th day of September, 2009.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE